District Judge Ronald B. Leighton
Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Petitioner,<br><br>            v.<br><br>JUDY K. ASHLOCK,<br><br>            Respondent. | NO. 09-MC-5017<br><br>ORDER GRANTING<br>UNITED STATES' WITHDRAWAL<br>OF PETITION TO ENFORCE<br>INTERNAL REVENUE SERVICE<br>SUMMONS |

THIS MATTER, having come before the Court upon the United States' Withdrawal of Petition to Enforce Internal Revenue Service Summons; the United States of America, being represented by its counsel, Jenny A. Durkan, United States Attorney for the Western District of Washington, and Kayla Stahman, Assistant United States Attorney; it is hereby

//

ORDERED that the United States' Withdrawal of Petition to Enforce Internal Revenue Service Summons is GRANTED. The above-captioned case is hereby DISMISSED.

DATED this 29th of October, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for entry
this 28th day of October, 2009.

/s/
_____
J. Richard Creatura
United States Magistrate Judge